**Affidavit of SPECIAL PROCESS SERVER**

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### Case Number    1:18-CV-2310

PHILIP CHARVAT AND ANDREW
PERRONG, ON BEHALF OF THEMSELVES
AND OTHERS SIMILARLY SITUATED
v.

SANTANA NATURAL GAS CORPORATION
D/B/A SANTANNA ENERGY SERVICES,
JOHN DOE CORPORATIONI D/B/A THE
ENERGY COMPANY, AND JOHN DOE
CORPORATION II

I,  JOHN VALLE

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

## CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, CIVIL COVER SHEET, 2-ATTORNEY APPEARANCE FORM |
| ON THE WITHIN NAMED DEFENDANT | SANTANA NATURAL GAS CORPORATION D/B/A SANTANNA ENERGY SERVICES C/O CT CORPORATION, REGISTERED AGENT |
| PERSON SERVED | KHALILAH STARKS, EMPLOYEE AUTHORIZED TO ACCEPT |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT | 4/2/2018 |

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | BLACK | **Age** | 40'S |
| **Height** | 5' 9" | **Build** | HEAVY | **Hair** | BLACK |

LOCATION OF SERVICE    208 S LA SALLE ST, #814

CHICAGO, ILLINOIS  60604

Date Of Service    4/2/2018

Time    11:20 AM

JOHN VALLE    4/2/2018

SPECIAL PROCESS SERVER    115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL
PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO
MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED
CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.



JOHN VALLE    4/2/2018

Total:   $80.00

*8249A*

Law Firm ID:  MURRAY MURPHY MOUL +
BASIL LLP

Firm #

Case Return Date:  04/29/2018