IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PHILIP CHARVAT and ANDREW PERRONG on behalf of themselves and others similarly situated, | : : : : |
| Plaintiffs, | : : |
| v. | Case No. 1:18-cv-02310 : : |
| SANTANNA NATURAL GAS CORPORATION, dba SANTANNA ENERGY SERVICES, JOHN DOE CORPORATION I dba THE ENERGY COMPANY and JOHN DOE CORPORATION II dba ENERGY INCORPORATED | : : : : : : : |
| Defendants. | : : |

## INITIAL STATUS REPORT

Counsel for the Plaintiffs Philip Charvat and Andrew Perrong and Defendant Santanna Natural Gas Corporation d/b/a Santanna Energy Services[1] submit this Initial Status Report per this Court's April 4, 2018 Order (ECF No. 8).

### I. The Nature of the Case

**a. Attorneys for Each Party**

Plaintiff

Brian K. Murphy (6225697) (Lead Trial Counsel)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
(614) 488-0400
(614) 488-0401 facsimile

---

[1] The Co-Defendants have not appeared.

murphy@mmmb.com

Anthony I. Paronich
Broderick & Paronich, P.C.
99 High St., Suite 304
Boston, MA 02110
(508) 221-1510
anthony@broderick-law.com

Lauren E. Snyder
1350 N. Wells Street, Apt. A214
Chicago, IL 60610
(419) 344-1146
lauren.elizabeth.snyder@gmail.com

<u>Defendant</u>

Thomas J Hayes (Lead Trial Counsel)
Brian Myers
Gordon & Rees LLP
One North Franklin St., Suite 800
Chicago, IL 60606
(312)565-1400
thayes@gordonrees.com

b. **Basis for Federal Jurisdiction**

Claims brought pursuant to the Telephone Consumer Protection Act, 47 U.S.C. ¶ 227, ("TCPA") are subject to federal question jurisdiction. *See Mims v. Arrow Fin. Servs., LLC,* 132 S. Ct. 740 (2012).

c. **Nature of Claims and Counterclaims**

The Plaintiffs have brought this action under the TCPA, a federal statute enacted in response the proliferation of intrusive, nuisance telemarketing practices. *See Mims* at 745. Plaintiff alleges that Defendants violated the TCPA by making unsolicited and automated telemarketing calls, or by the fact that others did so on its behalf. Plaintiff seeks to represent a class of similarly situated individuals who were sent similar telemarketing calls from, or on

2

behalf of, Defendant. Plaintiffs' putative class period is for any calls that were sent within four years prior to the filing of the Complaint through the date of class certification. *See* 28 U.S.C. § 1658(a) ("Except as otherwise provided by law, a civil action arising under an Act of Congress enacted after [December 1, 1990] may not be commenced later than 4 years after the cause of action accrues"); *see also Giovaniello v. ALM Media, LLC*, 726 F.3d 106, 115 (2d Cir. 2013) (four-year statute of limitations applies to private TCPA claims in federal court).

**II.     Pending Motions and Case Plan**

   **a. Date of Initial Status Hearing**

   May 30, 2018 at 9:30 AM.

   **b. All Pending Motions**

   None.

   **c. Electronically Stored Information**

The Parties believe that a majority of the discovery in this matter will be electronically stored information. In order to facilitate the complete and efficient production of that material, the Plaintiff has proposed a stipulation regarding the production of this material.

   **d. Issues of Privilege or Protection**

The Parties anticipate submitting a stipulated protective order for the Court's consideration.

   **e. Proposal for Discovery Plan**

   Discovery will generally be focused on the following topics:

   i.   The merits of Plaintiffs' claims;

   ii.  The bases for Defendant's purported defenses;

      iii.    Rule 23 issues, including class representative adequacy, the typicality of the claims, whether individualized or class issues predominate, numerosity, and superiority.

The parties request the following schedule:

    **Fed. R. Civ. P. 26(a)(1) Disclosures:** May 24, 2018

    **Completion of Fact Discovery:** February 22, 2019

    **Completion of Expert Discovery:** April 19, 2019

    **Deadline to File Dispositive Motions:** May 10, 2019

    **f.  Trial**

If this matter is certified as a class action under Federal Rule of Civil Procedure 23, the parties estimate that trial would take 4-5 days, and if it is not, then the parties estimate that trial will take 2 days.

**III.   Consent to Proceed Before a Magistrate Judge**

The parties do not consent unanimously to proceed before a Magistrate Judge at this time.

**IV.   Status of Settlement Discussions**

The parties are engaging in a mediation of this case, as well as another TCPA class action case pending against Santanna with Hon. Morton Denlow (Ret.) of JAMS on July 26, 2018. The parties have begun the discovery process designed to inform them of their positions at this mediation and have proposed a schedule that will allow them to complete discovery even if that mediation is not successful.

PLAINTIFF,
By his attorneys

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Broderick & Paronich, P.C.
99 High St., Suite 304
Boston, MA 02110
(508) 221-1510
anthony@broderick-law.com

Brian K. Murphy (6225697)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
(614) 488-0400
(614) 488-0401 facsimile
murphy@mmmb.com

Lauren E. Snyder
1350 N. Wells Street, Apt. A214
Chicago, IL 60610
(419) 344-1146
lauren.elizabeth.snyder@gmail.com

Matthew P. McCue
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, Massachusetts 01760
(508) 655-1415
mmccue@massattorneys.net
*Subject to Pro Hac Vice*

Defendant,
By its Attorney,

*/s/ Thomas Hayes*
Thomas Hayes (6280179)
Brian Myers
Gordon Rees Scully Mansukhani, LLP
One North Franklin, Suite 800
Chicago, IL 60606
(312) 419-6919
thayes@grsm.com

5

CERTIFICATE OF SERVICE

I, hereby certify that on May 8, 2018, I served the foregoing on counsel of record through the Court's CM/ECF system.

/s/ *Anthony I. Paronich*
Anthony Paronich
BRODERICK & PARONICH, P.C.