UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Philip Charvat, et al.
                       Plaintiff,

v.                                     Case No.: 1:18–cv–02310
                                            Honorable Ronald A. Guzman

Santanna Natural Gas Corporation, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 17, 2018:

      MINUTE entry before the Honorable Jeffrey Cole: Motion hearing held. Plaintiff's motion to compel [15] is withdrawn as moot. Counsel report that they have private mediation scheduled for 7/26/2018. Status hearing is set for 8/1/2018 at 08:30 AM. If counsel resolve the case at mediation, they should advise chambers at 312–435–5601 and the status hearing will be cancelled. Mailed notice(jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.