IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PHILIP CHARVAT and ANDREW PERRONG on behalf of themselves and others similarly situated, | : : : : |
| Plaintiffs, | : : : |
| v. | : Case No. 1:18-cv-02310 : : |
| SANTANNA NATURAL GAS CORPORATION, dba SANTANNA ENERGY SERVICES, JOHN DOE CORPORATION I dba THE ENERGY COMPANY and JOHN DOE CORPORATION II dba ENERGY INCORPORATED | : : : : : : : : |
| Defendants. | : : |
| _____/ | |

## STIPULATION OF DISMISSAL

The plaintiffs file this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims in the above-captioned case. None of the rights of any putative class members other than the plaintiffs have been released or are otherwise affected by this dismissal.

RESPECTFULLY SUBMITTED AND DATED this 25th day of September, 2018.

By:*/s/ Anthony Paronich*
Anthony Paronich
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110
(617) 738-7080
Fax (617) 830-0327
anthony@broderick-law.com

*Counsel for Plaintiff*

*/s/ Thomas Hayes*
Thomas Hayes (6280179)
Gordon Rees Scully Mansukhani, LLP
One North Franklin, Suite 800
Chicago, IL 60606
(312) 419-6919
thayes@grsm.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, hereby certify that on September 25, 2018, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

*/s/ Anthony Paronich*
Anthony Paronich
